9100.   CHASTAIN *et al. v.* WINN *et al.,* commissioners, for use, etc.

WADE, C. J.   Suit was brought in the name of the commissioners of roads
and revenues of Fulton county, for the use of Jones, against one.
Stephens (a constable) as principal, and Chastain and Pearce as sure-
ties, on a constable's bond payable to the ·said commissioners, alleging
that Stephens was insolvent, and that, in his official capacity he had
collected certain funds belonging to Jones and failed and refused to
pay over the same.   Chastain and Pearce demurred upon the ground
that the authority of the commissioners to institute or maintain the
action in behalf of Jones did not appear, and no cause of action against
them was set out; and each defendant filed a separate plea, admitting
the execution of the bond, but denying liability thereon and all other
allegations in the petition.   Stephens made no appearance. *Held:*
(a) "Suit upon the bond of a constable may be brought in the name of
any person aggrieved by the official misconduct of the officer, against
him and his sureties, without bringing against him any preliminary
action to settle his liability to the aggrieved party for his alleged mis-
conduct." *McClain* v. *Bonner,* 122 *Ga.* 842 (3) (51 S. E. 36).
(b) It was wholly immaterial whether or not Jones, prior to the bring-
ing of the action now under review, had brought suit against Stephens
individually; and the admission of evidence touching the former suit,
and of the judgment therein recovered, constitutes no ground for a
reversal, in view of the undisputed testimony otherwise establishing
the existence of the liability—Stephens, the principal of the bond, being
a party to the action on trial and interposing no defense.
(c) The judge of the superior court did not err in overruling the cer-
tiorari.              *Judgment affirmed.   Jenkins and Luke, JJ., concur.*
DECIDED MARCH 14, 1918.

Certiorari; from Fulton superior court—Judge Ellis.   July 3,
1917.

*Frank L. Haralson, Gober & Jackson,* for plaintiffs in error.
*Moore & Pomeroy, D. K. Johnston,* contra.